IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHELLEY WHITTENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTENE COMPANY OF TEXAS, L.P., CENTENE CORPORATION, and CENTENE MANAGEMENT COMPANY, LLC,<br><br>Defendants. | §§§§§§§§§§§§§§§ | NO. 5:20-cv-353-DAE |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Having reviewed the Stipulation, the Court herby **ORDERS** as follows:

The above-styled action is hereby **DISMISSED WITH PREJUDICE** and without award of costs or fees to either party.

IT IS SO ORDERED.

DATED: San Antonio, Texas, April 22, 2021

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE